| | |
|---|---|
| 1 | Jodi K. Swick No. 228634 |
| | Corban Porter No. 270115 |
| 2 | **McDOWELL HETHERINGTON LLP** |
| | 1999 Harrison Street, Suite 2050 |
| 3 | Oakland, CA 94612 |
| | Telephone: 510.628.2145 |
| 4 | Facsimile: 510.628.2146 |
| | Email: jodi.swick@mhllp.com |
| 5 | corban.porter@mhllp.com |

JS-6

Jason A. Richardson, TX Bar No. 24056206
(Appearing Pro Hac Vice)
**McDOWELL HETHERINGTON LLP**
1001 Fannin Street, Suite 2700
Houston, TX 77002
Telephone: 713.337.5580
Facsimile: 713.337.8850
Email: jason.richardson@mhllp.com

Attorneys for Plaintiff and Counter-Defendant
AMERICAN GENERAL LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| AMERICAN GENERAL LIFE INSURANCE COMPANY, | Case No. 2:20-cv-09743-JVS-JC |
| Plaintiff, | **JUDGMENT AFTER TRIAL BY JURY** |
| v. | |
| KARO DARBINYAN; SONA DARBINYAN; and DOES 1 through 10, inclusive, | Trial Date: October 11, 2022 |
| Defendants. | |
| KARO DARBINYAN and SONA DARBINYAN, | |
| Counterclaimants, | |
| v. | |
| AMERICAN GENERAL LIFE INSURANCE COMPANY, and DOES 1 to 10, inclusive, | |
| Counter-Defendants. | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

This matter came on regularly for trial on October 13, 2022, in Department 10C of the District Court, Central District of California, the Honorable James V. Selna presiding. On October 19, 2022, the jury returned to Court with a unanimous verdict in favor of Plaintiff and Counter-Defendant American General Life Insurance Company.

**THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

That judgment be, and hereby is, entered in favor of Plaintiff and Counter-Defendant American General and against Defendants and Counterclaimants Karo Darbinyan and Sona Darbinyan;

That Defendants and Counterclaimants take nothing; and,

Plaintiff and Counter-Defendant shall recover costs from Defendants and Counterclaimants pursuant to applicable law.

IT IS SO ORDERED.

Dated: November 17, 2022         By: _____
                                      HON. JAMES V. SELNA

Approved as to form:

The Law Offices of Russell G. Petti

By: /s/ Russell G. Petti

Russell G. Petti

Attorney for Defendants and Counterclaimants
Karo Darbinyan and Sona Darbinyan

## SIGNATURE ATTESTATION

Pursuant to L.R. 5-4.3.4, the filing attorney attests that she has obtained concurrence regarding the filing of this document from the signatories to this document.